UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNDA HERGENROEDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00420-JLT-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 5). |

　　　　On April 4, 2023, the parties filed a joint stipulation to extend the deadline for Defendant to respond to Plaintiff's complaint by thirty days.[1] (ECF No. 5). Based on the parties' stipulation (ECF No. 5), Defendant shall have up to and including May 18, 2023, to answer or otherwise respond to Plaintiff's complaint.
IT IS SO ORDERED.

　　　Dated:  **April 5, 2023**　　　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation states that this extension is pursuant to Local 144(a), and thus, "need not be approved by the Court." (ECF No. 5, p. 2). However, Local Rule 144(a) provides for "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint…All other extensions of time must be approved by the Court."

1