UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNDA HERGENROEDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.1:23-cv-00420-JLT-EPG<br><br>ORDER RE: DISCOVERY STIPULATION<br><br>(ECF No. 18). |

　　　　Based on the parties' stipulation (ECF No. 18), IT IS ORDERED that Plaintiff Lynnda Hergenroeder may propound Requests for Production of Documents and Interrogatories on Defendant Hartford Life and Accident Insurance Company by October 6, 2023. Nothing in this order shall be construed as a waiver of any objections or arguments Hartford may have to said discovery, including that any discovery in this case is improper in the first instance and/or that Plaintiff failed to satisfy the legal requirements for discoverability and/or admissibility of extrinsic information.

IT IS SO ORDERED.

　　Dated: __October 6, 2023__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1